UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OBIE WARLICK,
    Plaintiff,
v().          04-CV-3255

WILLARD ELYEA et al.,
    Defendants.

## Order

The plaintiff has not responded to this court's order directing him to show cause why this case should not be dismissed, with prejudice, for failure to prosecute, and why the defendants' motion for sanctions should not be granted.

IT IS THEREFORE ORDERED that this case is dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(b). Defendants' motion for sanctions (d/e 47) is granted to the extent it seeks costs for the court reporter at the plaintiff's scheduled deposition ($50.00). All pending motions are denied as moot, and this case is terminated.

Entered this 26th Day of April, 2006.

                **s\Harold A. Baker**

                HAROLD A. BAKER
                UNITED STATES DISTRICT JUDGE